UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
REBECCA P SCOTT                             CASE NO. 20-10521
231 JAMIE LANE                              JUDGE BENJAMIN A. KAHN
STOKESDALE, NC  27357

    DEBTOR

SSN(1) XXX-XX-0335                          DATE: 01/28/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $15,305.20<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 2000<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $10,100.69<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 1000<br>COMMENT: |
| COASTAL FEDERAL CREDIT UNION<br>1000 ST ALBANS DR<br>RALEIGH, NC  27609 | $11,453.98<br>INT: 5.25%<br>NAME ID: 127811<br>CLAIM #: 0009 | (V) VEHICLE-SECURED<br><br>ACCT: 1427<br>COMMENT: 12HOND |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $12,387.00<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0001 | (P) PRIORITY<br><br>ACCT: 0335<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $5,649.34<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 0335<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $1,644.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 0335<br>COMMENT: OC |
| N C HOUSING FINANCE AGENCY<br>3508 BUSH ST<br>RALEIGH, NC  27609 | $0.00<br>INT: .00%<br>NAME ID: 45097<br>CLAIM #: 0007 | (S) SECURED<br>DIRECT PAY<br>ACCT: 9386<br>COMMENT: OC,DT RERP,DIR |

PAGE 2 - CHAPTER 13 CASE NO. 20-10521

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| NASA FEDERAL CREDIT UNION<br>500 PRINCE GEORGES BLVD<br>UPPER MARLBORO, MD  20774-8732 | $14,551.77<br>INT: 5.25%<br>NAME ID: 182477<br>CLAIM #: 0008 | | (V) VEHICLE-SECURED<br><br>ACCT: 4921<br>COMMENT: 12DODG |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 41067<br>NORFOLK, VA  23541-1067 | $5,614.07<br>INT: .00%<br>NAME ID: 61608<br>CLAIM #: 0012 | | (U) UNSECURED<br><br>ACCT: 9898<br>COMMENT: BARCLAYS |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $6,299.48<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0013 | | (U) UNSECURED<br><br>ACCT: 2882<br>COMMENT: ANN TAYLOR |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT: .00%<br>NAME ID: 174473<br>CLAIM #: 0017 | | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>371 NC HIGHWAY 65 STE 107<br>WENTWORTH, NC  27375 | $0.00<br>INT: .00%<br>NAME ID: 159712<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $6,273.45<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0015 | | (U) UNSECURED<br><br>ACCT: 2090<br>COMMENT: |
| VERIZON<br>BY AMERICAN INFOSOURCE<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $217.82<br>INT: .00%<br>NAME ID: 176218<br>CLAIM #: 0018 | | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC X2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | MONTHLY PMT  $1,209.60<br>INT: .00%<br>NAME ID: 142777<br>CLAIM #: 0004 | | (H) ONGOING-SECURED<br><br>ACCT: 2546<br>COMMENT: DT RERP,CTD EFF OCT20 |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC X2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $3,628.80<br>INT: .00%<br>NAME ID: 142777<br>CLAIM #: 0005 | | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 2546<br>COMMENT: ARR JUL THRU SEPT20 |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC X2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $6,100.75<br>INT: .00%<br>NAME ID: 142777<br>CLAIM #: 0006 | | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 2546<br>COMMENT: ARR THRU JUN20 |
| **TOTAL:** | $100,487.95 | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/28/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice